## TRAVELERS INSURANCE COMPANY et al., Appellants,

v.

## Roosevelt LOGAN, Appellee.

Court of Appeals of Kentucky.

Nov. 20, 1959.

Earle M. Nichols, Madisonville, for appellants.

L. B. Weir, Madisonville, for appellee.

PER CURIAM.

On motion for an appeal under KRS 21.080 for a review of a judgment modifying the Findings and Award of the Workmen's Compensation Board and remanding the action to the Board for "an award not inconsistent with this judgment," we have examined the record and concur with the conclusions of the trial judge, so the motion for an appeal is denied.